UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'24 JUL 9 PM 3:11

COMPLAINT

Civil Action No. ~~GLR-24-2040~~

New Case

LYDON MCCANN-MCCALPINE

   PLAINTIFF

GLR-24-CV-1985

v.

PRIME CARE MEDICAL, INC.,

PrimeCare Nurse Jane Doe 1,

PrimeCare Nurse Jane Doe 2,

PrimeCare Nurse Jane Doe 3,

PrimeCare Nurse Jane Doe 4,

PrimeCare Nurse Jane Doe 5,

   DEFENDANTS

## I. JURISDICTION & VENUE

1. This is a civil Action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(a)(3).

2. The District of Maryland is an appropriate venue under 28 U.S.C. section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFF

3. Lydon McCann-McCalpine is and was at all times mentioned herein a pre-trial inmate of the state of Maryland in the custody of Baltimore County Department of Corrections. He is currently living in Essex, MD since being released from BCDC.

III.   DEFENDANTS

4.   Defendant PrimeCare Medical, Inc. is a private for-profit corporation that provides healthcare to inmates in BCDC.

5. Defendant Jane Doe 1 is a nurse or med-tech for PrimeCare Medical, Inc. who renders medical services to inmates in BCDC.

6. Defendant Jane Doe 2 is a nurse or med-tech for PrimeCare Medical, Inc. who renders medical services to inmates in BCDC.

7. Defendant Jane Doe 3 is a nurse or med-tech for PrimeCare Medical, Inc. who renders medical services to inmates in BCDC.

8. Defendant Jane Doe 4 is a nurse or med-tech for PrimeCare Medical, Inc. who renders medical services to inmates in BCDC.

9. Defendant Jane Doe 5 is a nurse or med-tech for PrimeCare Medical, Inc. who renders medical services to inmates in BCDC.

10. Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under the color of state of law.

## IV. FACTS

11. I've put in sick calls into PrimeCare Medical Inc's mental health department from August 2022 up until December 2022 regarding my mental health issues.

12. Due to the campaign of harassment I received my entire pre-trial stay & protective custody attack I've had a hard time trying to cope with my diagnosed Anxiety, PTSD, Depression, and my sleeping disorder.

13. During the afternoon of October 13, 2022, I was given afternoon medication from a Med-Technician or nurse. It's the only time I received afternoon medication. The nurse told me I get afternoon medication every day on my medical chart as prescribed by the psychiatrist.

14. When I received evening medication the next few nights, I asked the nurse to tell me if I was given afternoon medication. She told me it says you got them. She told me med-techs and nurses are entering in the medical system that they are giving me my psych medication.

15. PrimeCare Medical staff Jane doe's 1-5 are putting false inputs in the system to make it look like they are giving me my psych medication or that I'm rejecting them. PrimeCare medical staff in charge of administering medication deliberately choose to not bring me my medication needed to deal with my serious medical needs.

16. I was waiting for mental health to help with my mental health issues of Anxiety, PTSD, Depression, and sleep disorder after pleading my mental health issues on dozens of PrimeCare sick calls.

17. PrimeCare Medical staff Jane Doe's 1-5 showed a deliberate indifference to my vulnerability to suicide by denial and delay of my afternoon medical treatment.

18. PrimeCare Medical Jane Doe's 1-5 failed to provide adequate medical care for my serious medical needs by denial and delay of my medical treatment.

19. The denial of my medical treatment caused unnecessary and wanton infliction of pain. I've suffered from thoughts of suicide, hypertension from anxiety, no sleep, paranoia, PTSD, and unbearable depression.

20. On 10/22/2022 as of 6pm I still haven't received my medication that's supposed to help me cope with my PTSD, Anxiety, and depression. My serious medical needs keep me up all day and night. I get frustrated due to all the health complications I have now. When pain lingers all day, and everything startles me from my nerves being bad the prescribed medication helps me balance things.

21. PrimeCare Medical Jane Doe's 1-5 are supposed to provide adequate medical care by administering medication properly three times a day including morning, afternoon & evening. The administering of medication is also supposed to be done in a timely manner.

22. This misconduct on behalf of PrimeCare Medical Inc. & Jane Doe's 1-5 has caused the plaintiff not to receive medication 3 times a day as prescribed. PrimeCare medical takes part in the misconduct by not administering the medication to the inmate at all and just ignoring it. PrimeCare is supposed to come to tier 2h 3 times a day for mental health medication but only comes 2 times.

23. After pleading on dozens of occasions the problem still wasn't fixed. From October 2022 up until February 2023 PrimeCare Medical Jane Doe's 1-5 showed deliberated indifference to administering psych medication, and vulnerability to suicide on tier 2h and other tiers.

24. I kept track of over 40 plus days where PrimeCare Medical staff Jane Doe's 1-5 hasn't brought my mental health medication 3 times a day as they were ordered to by the Doctor. PrimeCare Medical built a custom policy where they only bring it two times a day. (Exhibit A)

25. I submitted 200 forms about my medication but still received no response or progress. The cameras will show Prime care only comes to the tier twice a day for medication & not 3 times as required by the psychiatrist. (Exhibit B)

26. I had to refuse locking in my cell at times to get Correctional officers to tell the medical to bring my medication. Pre-trial inmates & I had to suffer & go without our mental health medication because we were stuck in our cells. Cameras and medical systems need to be reviewed to figure out who Defendants Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5 actual names are.

27. I had high blood pressure on the morning of 10/21/22. My serious medical needs caused me to have hypertension which PrimeCare contributed to by not bringing my medication. I've injured my hands, got frustrated hit the cell door for help, suffered emotional distress and caused loved ones to suffer emotionally as well dealing with me and my mental health issues. Due to all events that transpired Plaintiff Suffers from mental/physical impairment that has deemed him disabled and unable to work & drive an 18-wheeler. Lydon now Suffers from diagnosed PTSD, Sleep Disorder, Depression, Anxiety, Hypertension, Cibophobia, nerve damage, chronic head pain.

28. PrimeCare Medical Inc. has inadequately trained nurses & med-tech within their job scope of the importance of rendering adequate medical healthcare to inmates in BCDC.

29. PrimeCare Medical Inc. has adopted custom policy of overlooking inmates' basic humans needs which is a deprivation of human rights. Defendant PrimeCare Medical Inc. had notice that its training & customs policy enforced by staff was inadequate and resulted in constitutional violations based on multiple previous incidents but deliberately ignored inmate's basic needs for adequate healthcare.

30. Exhibits support the claims that PrimeCare Medical Inc. inadequately trained, supervised, and disciplined Jane Does 1- 5 due to the allowing of unconstitutional acts to

be repeated on daily basis throughout the entire jail. Defendants had notice on multiple occasions that its failure to supervise, train, and discipline medical staff was causing pain & suffering to plaintiff and deliberately ignored fixing the unconstitutional acts.

31. Defendant PrimeCare Medical Inc. failed to implement any new policies or practices to identify or discipline medical staff Jane does 1-5 and multiple other medical staff which caused plaintiff and other inmate's injuries. Upon information and belief PrimeCare medical continues to employ promote & give responsibilities to medical staff that overloads them with a workload demand there not capable of meeting which is why they practice a custom policy of denying medical treatment to inmates such as prescribed psych meds throughout the day.

32. As a result Defendant PrimeCare Medical has ratified the negligence and complete disregard to inmates' safety & health by failing to discipline and hold misbehaving medical staff accountable for the unconstitutional acts committed on daily basis in BCDC. PrimeCare Medical Inc.'s staff training and supervision practices was inadequate and the failure to train and supervise was a result of deliberate and conscious choice which caused the plaintiffs constitutional deprivation.

V. Legal Claims

33. By failing to correct misconduct and encouraging the continuation of the misconduct, failure to train & supervise Defendants is violating Plaintiffs rights under 8th Amendment to the United States Constitution and is causing pain, suffering, physical injury, and emotional distress.

34. Defendants, Inc. deliberate indifference to Plaintiffs injuries and failing to provide adequate medical care violated Plaintiffs rights and constituted cruel and unusual punishment under the 8th Amendment of the United States Constitution causing the Plaintiff pain, suffering, physical injury, and emotional distress.

35. Defendants deliberate indifference to Plaintiffs vulnerability to suicide by denial and delay of my afternoon medical treatment violated Plaintiffs rights and constituted cruel and unusual punishment under the 8th Amendment of the United States Constitution causing the Plaintiff pain, suffering, physical injury, and emotional distress.

VI. Relief

36. Wherefore, Plaintiff respectfully prays that this court will enter a judgment: A declaration that the acts and omissions described herein violated Plaintiffs rights under the Constitution and laws of the United States.

37. Granting Plaintiff compensatory damages in the amount of $4,000,000 against Defendants, Jointly and severally.

38. Plaintiff seeks punitive damages in the amount of $6,000,000 against Defendants, Jointly and severally.

39. Plaintiff also seeks a jury trial on all issues triable by jury.

40. Plaintiff also seeks recovery of their cost in the suit and any additional relief this court deems just, proper, and equitable.

Respectfully Submitted,

Lydon McCann-McCalpine

433 Northdown dr

Dover DE, 19904

**Verification**

I have read the foregoing complaint and hereby verify that the matters alleged therein are true except as to matters alleged on information and belief, and, so to those, I believe them to be true. I certify under penalty that the foregoing is true and correct.

Executed at Dover, DE on June 16, 2024

Lydon McCann-McCalpine